Fill in this information to identify the case:

Debtor name: **Alamo Borden County 1, LLC**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Amount of claim — Deduction for value of collateral or setoff | Amount of claim — Unsecured claim |
|---|---|---|---|---|---|---|
| Apergy ESP Systems, LLC<br>19425 E. 54th Street<br>Broken Arrow, OK 74014 | | M&M Lien Claim for goods and/or services allegedly provided | Disputed | $85,122.53 | Unknown | Unknown |
| Bear Oilfield Services, LLC<br>PO Box 338<br>Odonnell, TX 79351 | Gregg Lundburg<br>501 N. 8th St.<br>Midlothian, Texas 76065<br>(972) 775-3500 | Construction, labor and materials | Disputed | | | $511,075.24 |
| Borden County Phase I, LP<br>813 Max Drive<br>McKinney, TX 75069 | | Lawsuit | Contingent<br>Unliquidated<br>Disputed | | | $0.00 |
| Borden County Tax Assessor<br>PO Box 115<br>Gail, TX 79738 | | Tax Claim | | $67,202.85 | Unknown | Unknown |
| Byrd Oilfield Service<br>PO Box 7269<br>Abilene, TX 79608 | | M&M Lien Claim for goods and/or services allegedly provided | Disputed | $2,893.88 | Unknown | Unknown |
| Collins Lessors<br>c/o John McFarland<br>40 Congress Avenue, Suite 2700<br>Austin, TX 78701 | | Amounts owed for deferred lease bonus pursuant to Collins Lease. Due December 11, 2021. | | $144,000.00 | Unknown | Unknown |
| CST Permian, Inc.<br>PO Box 51587<br>Midland, TX 79710 | | M&M Lien Claim for goods and/or services allegedly provided | Disputed | $185,444.87 | Unknown | $185,444.87 |
| Foord Consulting, LLC<br>12803 Dove Point Ln<br>Houston, TX 77041 | | Trade debt | | | | $1,210.00 |

Debtor **Alamo Borden County 1, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Amount of claim — Deduction for value of collateral or setoff | Amount of claim — Unsecured claim |
|---|---|---|---|---|---|---|
| **Heartland Mineral Properties, LLC** 4403 North Central Expressway Suite 120 Dallas, TX 75205 | | M&M Lien Claim for goods and/or services allegedly provided | Disputed | $185,901.06 | Unknown | $185,901.06 |
| **Hodnetts Pumping Services LLC** 409 Guffee Rd. Coahoma, TX 79511 | | Trade debt | | | | $1,600.00 |
| **Hydroline, LLC** 4713 Hale Jones Road Bossier City, LA 71111 | | Water transfer | Disputed | | | $374,766.00 |
| **Kuhr Trucking, LLC** PO Box 62023 San Angelo, TX 76906 | | M&M Lien Claim for goods and/or services allegedly provided | Disputed | $163,056.62 | Unknown | $163,056.62 |
| **MidAmerican Energy Services, LLC** 4124 NW Urbandale Dr. Urbandale, IA 50322 | | Electricity | | | | Unknown |
| **Noralta Technologies, Inc.** 9595 Six Pines Dr. Suite 8210 Spring, TX 77380 | | Trade debt | | | | $2,407.00 |
| **Peak Completion Technologies, Inc.** 7710 W. Highway 80 Midland, TX 79706 | | M&M Lien Claim for goods and/or services allegedly provided | Disputed | $19,778.72 | Unknown | Unknown |
| **Red Raider Resources, LLC** 6105 Alta Vista Road Midland, TX 79705 | | M&M Lien Claim for goods and/or services allegedly provided | Disputed | $506,624.53 | Unknown | $506,624.53 |
| **RFC Drilling, LLC** 5251 DTC Parkway Suite 300 Denver, CO. 80111 | | Breach of Contract Counter Claim | | | Setoff: Debtor has asserted claims as Plaintiff in litigation | Unknown |
| **Three Streams Energy, LLC** 813 Max Drive McKinney, TX 75069 | | Purchase Money Note | Disputed | | Indemnification obligation | $650,000.00 |
| **WolfePak Software** 2901 S. First Street Abilene, TX 79605 | | Trade debt | | | | $2,733 |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Alamo Borden County 1, LLC** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF TEXAS |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)
- ☐ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
- ☐ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
- ☐ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
- ☐ Schedule H: Codebtors (Official Form 206H)
- ☐ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
- ☐ Amended Schedule _____
- ■ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **October 14, 2021**      X  /s/ Shu Rau
                                           Signature of individual signing on behalf of debtor

**Shu Rau**
Printed name

**Chief Executive Officer**
Position or relationship to debtor