**Fill in this information to identify the case:**

Debtor name   **Alamo Borden County 1, LLC**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF TEXAS

Case number (if known)   **21-42440**

☐ Check if this is an amended filing

Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

12/15

### Part 1: Summary of Assets

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*.................................................................................................. $    **0.00**

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*................................................................................................ $    **6,567,809.35**

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*................................................................................................. $    **6,567,809.35**

### Part 2: Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................. $    **10,864,164.62**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................ $    **0.00**

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................... +$    **2,413,276.84**

4. Total liabilities ...........................................................................................................
   Lines 2 + 3a + 3b    $    **13,277,441.46**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Alamo Borden County 1, LLC**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF TEXAS

Case number (if known)    **21-42440**

☐ Check if this is an amended filing

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
| --- | --- | --- | --- |

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **UMB Bank** | **Checking** | **7789** | **$106,252.43** |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**              **$106,252.43**
     Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and Prepayments |
| --- | --- |

**6. Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
| --- | --- |

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

| | 11a. 90 days old or less: | **465,000.00** | - | **0.00** | = .... | **$465,000.00** |
| --- | --- | --- | --- | --- | --- | --- |
| | | face amount | | doubtful or uncollectible accounts | | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor   **Alamo Borden County 1, LLC**                                    Case number *(If known)*  **21-42440**
Name

| 11a. 90 days old or less: | **327,452.47** | - | **0.00** | = .... | **$327,452.47** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11a. 90 days old or less: | **396,404.16** | - | **0.00** | = .... | **$396,404.16** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11a. 90 days old or less: | **55,000.00** | - | **0.00** | = .... | **$55,000.00** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11b. Over 90 days old: | **4,531,183.62** | - | **0.00** | =.... | **$4,531,183.62** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

12.     **Total of Part 3.**                                                                      | **$5,775,040.25** |
        Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**Part 4:**    **Investments**

13. **Does the debtor own any investments?**

☐ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:**    **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.  **Raw materials** **Crude oil in lands on** **location** | | **Unknown** | | **Unknown** |
| 20.  **Work in progress** | | | | |
| 21.  **Finished goods, including goods held for resale** **Oil in tanks** **Value per BBL** | | **Unknown** | | **Unknown** |
| 22.  **Other inventory or supplies** | | | | |

23.     **Total of Part 5.**                                                                     | **$0.00** |
        Add lines 19 through 22.  Copy the total to line 84.

24.     **Is any of the property listed in Part 5 perishable?**
        ■ No
        ☐ Yes

| Debtor | **Alamo Borden County 1, LLC** | Case number *(if known)* **21-42440** |
|---|---|---|
| | Name | |

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
- ■ No
- ☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
- ■ No
- ☐ Yes

**Part 6:** **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**
- ■ No. Go to Part 7.
- ☐ Yes Fill in the information below.

**Part 7:** **Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**
- ■ No. Go to Part 8.
- ☐ Yes Fill in the information below.

**Part 8:** **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**
- ☐ No. Go to Part 9.
- ■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49. **Aircraft and accessories** | | | |
| 50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** **Equipment located on Griffin 1H/2H Facility (see list attached as Exhibit A)** | Unknown | Replacement | $606,326.76 |

51. **Total of Part 8.**
Add lines 47 through 50. Copy the total to line 87.                           $606,326.76

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
- ■ No
- ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
- ■ No
- ☐ Yes

**Part 9:** **Real property**

54. **Does the debtor own or lease any real property?**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Alamo Borden County 1, LLC** | Case number *(If known)* **21-42440** |
|---|---|---|
| | Name | |

☐ No. Go to Part 10.

■ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| | | | | |

| Debtor | **Alamo Borden County 1, LLC** | | Case number *(if known)* **21-42440** |
|---|---|---|---|
| | Name | | |

55.1. **The Griffin Lease: The Oil, Gas and Mineral Lease dated December 10, 2018, from TL Griffin Ranches, Ltd, as Lessor, in favor of Three Streams Energy, LLC, a memorandum of lease to be recorded in the Deed Records of Borden County, Texas. Under a Purchase and Sale Agreement dated May 15, 2019, the Debtor acquired this lease and the wells from Three Streams Energy, LLC. An Assignment and Bill of Sale dated as of May 15, 2019 for the assignment of these interests was filed of record on September 16, 2019 in the county records of Borden County, Texas.**

**The primary term of the lease has terminated. As a result, the lease remains in force for so long as minerals are produced in paying quantities.**

**There are two producing wells on the lease identified as follows, which are part of the "Griffin 46 Unit":**
**Griffin 46 1H Well. The Griffin Horizontal Well 46-1H – API No. 42-033-32460**
**Griffin 46 2H Well. The Radmila 46-2H – API No. 42-033-32496**     **Fee simple**        **Unknown**    **N/A**             **Unknown**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor   **Alamo Borden County 1, LLC**
Name
Case number *(If known)*   **21-42440**

55.2.   **The Collins Lease: The Gas and Mineral Lease dated effective December 12, 2018, from Alyson Lea Collings, Jason Carroll Collins, Shawn Whipple Collins, Matthew Cole Collins, James Lewis Collins Jr., Allen Shane Collins, Michael Chad Collins and Margaret M. Collins, as Lessor, in favor of Three Streams Energy, LLC, as Lessee, a memorandum of such lease to be recorded in the Deed Records of Borden County, Texas. Under a Purchase and Sale Agreement dated May 15, 2019, the Debtor acquired this lease and the wells from Three Streams Energy, LLC. An Assignment and Bill of Sale dated as of May 15, 2019 for the assignment of these interests was filed of record on September 16, 2019 in the county records of Borden County, Texas.**

   **The primary term of the lease has terminated. As a result, the lease remains in force for so long as minerals are produced in paying quantities.**          **Unknown**      **N/A**                              **Unknown**

| Debtor | **Alamo Borden County 1, LLC** | Case number *(If known)* **21-42440** |
| | Name | |

<table>
<tr>
<td>55.3.</td>
<td><strong>Griffin 46 Unit</strong><br>Location Description:<br>Sections 46, 51, and<br>60, Block 25, H & T.C.<br>RR. Co. Survey<br>Borden County,<br>Texas<br><br>There are two<br>producing wells in<br>the unit:<br><br>Griffin 46 1H Well.<br>The Griffin Horizontal<br>Well 46-1H – API No.<br>42-033-32460<br>Griffin 46 2H Well.<br>The Radmila 46-2H –<br>API No. 42-033-32496</td>
<td></td>
<td>Unknown</td>
<td></td>
<td>Unknown</td>
</tr>
</table>

| 56. | **Total of Part 9.** | **$0.00** |
| | Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. | |
| | Copy the total to line 88. | |

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
   ■ No
   ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

| **Part 10:** | **Intangibles and intellectual property** |

59. **Does the debtor have any interests in intangibles or intellectual property?**

   ■ No. Go to Part 11.
   ☐ Yes Fill in the information below.

| **Part 11:** | **All other assets** |

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ☐ No. Go to Part 12.
   ■ Yes Fill in the information below.

| | | Current value of debtor's interest |

| 71. | **Notes receivable** | | | | |
| | Description (include name of obligor) | | | | |
| | **The Debtor advanced and/or loaned funds to Alamo Borden County III, LLC for some of its operating expenses.** | **80,189.91** - <br>Total face amount | **0.00** = <br>doubtful or uncollectible amount | | **$80,189.91** |

72. **Tax refunds and unused net operating losses (NOLs)**
   Description (for example, federal, state, local)

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Alamo Borden County 1, LLC** | Case number *(if known)* **21-42440** |
|---|---|---|
| | Name | |

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

**Causes of action against Three Streams Energy, LLC ("TSE") in connection with the pending lawsuit filed by Borden County Phase I, LP against the Debtor related to the Debtor's acquisition of the Griffin and Collins leases from TSE. The Debtor has asserted third-party claims against TSE for (i) breach of contract; (ii) breach of warranty of title (iii) indemnification; and (iv) declaratory judgment. The specifics of Debtor's pending third-party claims and counterclaims can be found in Defendant Alamo Borden County 1, LLC's Original Answer, Affirmative Defenses, Counterclaims and Third-Party Claims filed in Cause No. 1343 in the 132nd judicial district court of Borden County, Texas on August 10, 2020, and any subsequent amendments or supplements thereto.**

| | |
|---|---|
| Nature of claim | |
| Amount requested | $0.00 |

**Unknown**

**Causes of action against Seven Energy Investments, LLC ("SEI") in connection with the pending lawsuit filed by Borden County Phase I, LP against the Debtor related to the Debtor's acquisition of the Griffin and Collins leases from Three Streams Energy, LLC. The Debtor has asserted third-party claims against SEI for (i) common law fraud; (ii) statutory fraud (iii) indemnification; (iv) breach of settlement agreement; and (v) declaratory judgment. The specifics of Debtor's pending third-party claims and counterclaims can be found in Defendant Alamo Borden County 1, LLC's Original Answer, Affirmative Defenses, Counterclaims and Third-Party Claims filed in Cause No. 1343 in the 132nd judicial district court of Borden County, Texas on August 10, 2020, and any subsequent amendments or supplements thereto.**

| | |
|---|---|
| Nature of claim | |
| Amount requested | $0.00 |

**Unknown**

**Causes of action against Chris Hemsworth ("Hemsworth") in connection with the pending lawsuit filed by Borden County Phase I, LP against the Debtor related to the Debtor's acquisition of the Griffin and Collins leases from Three Streams Energy, LLC. The Debtor has asserted third-party claims against Hemsworth for (i) common law fraud; (ii) statutory fraud (iii) indemnification; and (iv) declaratory judgment. The specifics of Debtor's pending third-party claims and counterclaims can be found in Defendant Alamo Borden County 1, LLC's Original Answer, Affirmative Defenses, Counterclaims and Third-Party Claims filed in Cause No. 1343 in the 132nd judicial district court of Borden County, Texas on August 10, 2020, and any subsequent amendments or supplements thereto.**

| | |
|---|---|
| Nature of claim | |
| Amount requested | $0.00 |

**Unknown**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Alamo Borden County 1, LLC** | Case number *(If known)* **21-42440** |
|---|---|---|
| | Name | |

**Causes of action against Borden County Phase I, LP ("BCP1") in connection with its pending lawsuit against the Debtor related to the Debtor's acquisition of the Griffin and Collins leases from Three Streams Energy, LLC. The Debtor has asserted counterclaims against BCPI for (i) tortious interference with existing contractual relations; and (ii) slander of title. The specifics of Debtor's pending claims and counterclaims can be found in Defendant Alamo Borden County 1, LLC's Original Answer, Affirmative Defenses, Counterclaims and Third-Party Claims filed in Cause No. 1343 in the 132nd judicial district court of Borden County, Texas on August 10, 2020, and any subsequent amendments or supplements thereto.**

Unknown

| Nature of claim | |
|---|---|
| Amount requested | **$0.00** |

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership
**Under the crude oil purchase agreement between the Debtor and Sunoco, as of the Petition Date, Sunoco was holding funds in suspense that were due to the Debtor for the purchase of oil produced by the Debtor's wells. In accordance with the Bankruptcy Court's order granting the Debtor's motion to use proceeds, these suspended funds have been released and deposited into the Debtor's Debtor-in-Possession bank account to be used in accordance with the approved budget. Certain of these funds, estimated to be approximately $1,790,807.09 as of the Petition Date, may be due to Harmonia Petroleum Operations, LLC for its working interest share in the Debtor's oil wells. The Debtor, however, has a right of setoff and/or recoupment with respect to these funds based on amounts Harmonia owes, or may owe, the Debtor. The Debtor reserves all rights available under law or equity.**

Unknown

78. **Total of Part 11.**
Add lines 71 through 77. Copy the total to line 90.

**$80,189.91**

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☑ No
☐ Yes

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Debtor    **Alamo Borden County 1, LLC**              Case number *(If known)*   **21-42440**
Name

**Part 12:**    **Summary**

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | **$106,252.43** | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | **$0.00** | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | **$5,775,040.25** | |
| 83. **Investments.** *Copy line 17, Part 4.* | **$0.00** | |
| 84. **Inventory.** *Copy line 23, Part 5.* | **$0.00** | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | **$0.00** | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | **$0.00** | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$606,326.76** | |
| 88. **Real property.** *Copy line 56, Part 9.*......................................................................> | | **$0.00** |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | **$0.00** | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + **$80,189.91** | |
| 91. **Total.** Add lines 80 through 90 for each column | **$6,567,809.35**   + 91b. | **$0.00** |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | **$6,567,809.35** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com             Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name  **Alamo Borden County 1, LLC**

United States Bankruptcy Court for the:  NORTHERN DISTRICT OF TEXAS

Case number (if known)  **21-42440**

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:** List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** Alamo Borden County III, LLC<br>Creditor's Name | Describe debtor's property that is subject to a lien<br>**Griffin 46 Unit**<br>**Location Description: Sections 46, 51, and 60, Block 25, H & T.C. RR. Co. Survey Borden County, Texas**<br><br>**There are two producing wells in the unit:**<br><br>**Griffin 46 1H Well. The Griffin Horizontal Well 46-1H – API No. 42-0** | $1,641,262.00 | Unknown |

**1101 Little School Road**
**Arlington, TX 76017**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
**April 2020 through September 2021**
Last 4 digits of account number

Do multiple creditors have an interest in the same property?

Describe the lien
**Statutory Lien**
Is the creditor an insider or related party?
☐ No
☑ Yes
Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **Alamo Borden County 1, LLC**      Case number *(if known)*    **21-42440**

       Name

☐ No        ☐ Contingent

☑ Yes. Specify each creditor,    ☐ Unliquidated
including this creditor and its relative
priority.        ☐ Disputed

**1. Alamo Borden County III,
LLC
2. Alamo Pressure
Pumping, LLC
3. Apergy ESP Systems,
LLC
4. Borden County Tax
Assessor
5. Byrd Oilfield Service
6. Crockett Operating, LLC
7. Heartland Mineral
Properties, LLC
8. Kuhr Trucking, LLC
9. Peak Completion
Technologies, Inc.
10. Red Raider Resources,
LLC
11. Alamo Borden County
III, LLC**

---

| 2.2 | **Alamo Borden County III,
LLC**
Creditor's Name | Describe debtor's property that is subject to a lien
**Griffin 46 Unit
Location Description: Sections 46, 51, and 60,
Block 25, H & T.C. RR. Co. Survey
Borden County, Texas**

**There are two producing wells in the unit:** | $1,000,000.00 | Unknown |

**Griffin 46 1H Well. The Griffin Horizontal Well
46-1H – API No. 42-033**

**1101 Little School Road
Arlington, TX 76017**
Creditor's mailing address

Describe the lien
**Deed of Trust**

Is the creditor an insider or related party?
☐ No
☑ Yes
Is anyone else liable on this claim?
☑ No

Creditor's email address, if known

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**01/01/21 (Secured Loan)**
Last 4 digits of account number

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent

**Do multiple creditors have an
interest in the same property?**
☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Unliquidated
☐ Disputed

---

| 2.3 | **Alamo Borden County III,
LLC** | Describe debtor's property that is subject to a lien | $250,000.00 | Unknown |

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com     

Debtor    **Alamo Borden County 1, LLC**        Case number (if known)    **21-42440**

       Name

| Creditor's Name | **Griffin 46 Unit**<br>**Location Description: Sections 46, 51, and 60,**<br>**Block 25, H & T.C. RR. Co. Survey**<br>**Borden County, Texas**<br>**There are two producing wells in the unit:**<br>**Griffin 46 1H Well. The Griffin Horizontal Well**<br>**46-1H – API No. 42-033** | | |

**1101 Little School Road**
**Arlington, TX 76017**

Creditor's mailing address

**Describe the lien**
**Statutory Lien**
**Is the creditor an insider or related party?**
☐ No
■ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**12/10/18**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Alamo Pressure Pumping, LLC** | Describe debtor's property that is subject to a lien | **$6,138,716.09** | **Unknown** |

Creditor's Name

**Griffin 46 Unit**
**Location Description: Sections 46, 51, and 60,**
**Block 25, H & T.C. RR. Co. Survey**
**Borden County, Texas**
**There are two producing wells in the unit:**
**Griffin 46 1H Well. The Griffin Horizontal Well**
**46-1H – API No. 42-033**

**1101 Little School Road**
**Arlington, TX 76017**

Creditor's mailing address

**Describe the lien**
**Statutory Lien**
**Is the creditor an insider or related party?**
☐ No
■ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**04/24/19 - 05/18/19**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **Apergy ESP Systems, LLC** | Describe debtor's property that is subject to a lien | **$59,284.00** | **Unknown** |

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Debtor | **Alamo Borden County 1, LLC** | | Case number (if known) | **21-42440** |
|---|---|---|---|---|
| | Name | | | |

| Creditor's Name | **Griffin 46 Unit** |
|---|---|
| | **Location Description: Sections 46, 51, and 60, Block 25, H & T.C. RR. Co. Survey** |
| | **Borden County, Texas** |
| | **There are two producing wells in the unit: Griffin 46 1H Well. The Griffin Horizontal Well 46-1H – API No. 42-033** |

**19425 E. 54th Street**
**Broken Arrow, OK 74014**

Creditor's mailing address

**Describe the lien**
**Statutory Lien**
Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 | **Borden County Tax Assessor** | **Describe debtor's property that is subject to a lien** | **$67,202.85** | **Unknown** |
|---|---|---|---|---|

Creditor's Name

**Griffin 46 Unit**
**Location Description: Sections 46, 51, and 60, Block 25, H & T.C. RR. Co. Survey**
**Borden County, Texas**
**There are two producing wells in the unit: Griffin 46 1H Well. The Griffin Horizontal Well 46-1H – API No. 42-033**

**PO Box 115**
**Gail, TX 79738**

Creditor's mailing address

**Describe the lien**
**Taxes**
Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 | **Byrd Oilfield Service** | **Describe debtor's property that is subject to a lien** | **$2,893.88** | **Unknown** |
|---|---|---|---|---|

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor    **Alamo Borden County 1, LLC**           Case number (if known)    **21-42440**

Name

---

Creditor's Name

**Griffin 46 Unit**
**Location Description: Sections 46, 51, and 60,**
**Block 25, H & T.C. RR. Co. Survey**
**Borden County, Texas**
**There are two producing wells in the unit:**
**Griffin 46 1H Well.  The Griffin Horizontal Well**
**46-1H – API No. 42-033**

**PO Box 7269**
**Abilene, TX 79608**

Creditor's mailing address

Describe the lien
**Statutory Lien**

Is the creditor an insider or related party?

Creditor's email address, if known

■ No
☐ Yes
Is anyone else liable on this claim?

**Date debt was incurred**
**1/3/19**

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.8 | **Collins Lessors** | Describe debtor's property that is subject to a lien | **$144,000.00** | Unknown |
|---|---|---|---|---|

Creditor's Name

**The Collins Lease: The Gas and Mineral Lease dated effective December 12, 2018, from Alyson Lea Collings, Jason Carroll Collins, Shawn Whipple Collins, Matthew Cole Collins, James Lewis Collins Jr., Allen Shane Collins, Michael Chad Collins**

**c/o John McFarland**
**40 Congress Avenue, Suite 2700**
**Austin, TX 78701**

Creditor's mailing address

Describe the lien
**Interest in Lease**

Is the creditor an insider or related party?

Creditor's email address, if known

■ No
☐ Yes
Is anyone else liable on this claim?

**Date debt was incurred**
**12/20/20**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.9 | **Crockett Operating, LLC** | Describe debtor's property that is subject to a lien | **$500,000.00** | Unknown |
|---|---|---|---|---|

Creditor's Name

**Griffin 46 Unit**
**Location Description: Sections 46, 51, and 60,**
**Block 25, H & T.C. RR. Co. Survey**
**Borden County, Texas**
**There are two producing wells in the unit:**
**Griffin 46 1H Well.  The Griffin Horizontal Well**
**46-1H – API No. 42-033**

**1101 Little School Road**
**Arlington, TX 76017**

Creditor's mailing address

Describe the lien

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                      Best Case Bankruptcy

Debtor **Alamo Borden County 1, LLC**
Name

Case number (if known) **21-42440**

---

**Statutory Lien**

**Is the creditor an insider or related party?**

☐ No

☑ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No

**Date debt was incurred**

☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**February 1, 2020 - September 2021**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

☐ No

☐ Contingent

☑ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

**Specified on line 2.1**

---

| 2.1 0 | **CST Permian, Inc.** | Describe debtor's property that is subject to a lien | $185,444.87 | Unknown |
|---|---|---|---|---|

Creditor's Name

**Griffin 46 Unit**
**Location Description: Sections 46, 51, and 60, Block 25, H & T.C. RR. Co. Survey Borden County, Texas**
**There are two producing wells in the unit: Griffin 46 1H Well. The Griffin Horizontal Well 46-1H – API No. 42-033**

**PO Box 51587**
**Midland, TX 79710**

Creditor's mailing address

**Describe the lien**

**Statutory Lien**

**Is the creditor an insider or related party?**

☑ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

☐ No

☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

☐ No

☐ Contingent

☑ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☑ Disputed

**Specified on line 2.1**

---

| 2.1 1 | **Heartland Mineral Properties, LLC** | Describe debtor's property that is subject to a lien | $185,901.06 | Unknown |
|---|---|---|---|---|

Creditor's Name

**Griffin 46 Unit**
**Location Description: Sections 46, 51, and 60, Block 25, H & T.C. RR. Co. Survey Borden County, Texas**
**There are two producing wells in the unit: Griffin 46 1H Well. The Griffin Horizontal Well 46-1H – API No. 42-033**

**4403 North Central Expressway**
**Suite 120**
**Dallas, TX 75205**

Creditor's mailing address

**Describe the lien**

**Statutory Lien**

**Is the creditor an insider or related party?**

☑ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

Debtor **Alamo Borden County 1, LLC**
_____
Name

Case number (if known) **21-42440**

**Date debt was incurred**
**3/31/19 - 6/6/19**
**Last 4 digits of account number**

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.1 2 | **Kuhr Trucking, LLC** | | |
|---|---|---|---|

Creditor's Name

Describe debtor's property that is subject to a lien

**Griffin 46 Unit**
**Location Description: Sections 46, 51, and 60, Block 25, H & T.C. RR. Co. Survey**
**Borden County, Texas**
**There are two producing wells in the unit: Griffin 46 1H Well. The Griffin Horizontal Well 46-1H – API No. 42-033**

$163,056.62      Unknown

**PO Box 62023**
**San Angelo, TX 76906**
Creditor's mailing address

**Describe the lien**
**Statutory Lien**
Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**12/17/18**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.1 3 | **Peak Completion Technologies, Inc.** | | |
|---|---|---|---|

Creditor's Name

Describe debtor's property that is subject to a lien

**Griffin 46 Unit**
**Location Description: Sections 46, 51, and 60, Block 25, H & T.C. RR. Co. Survey**
**Borden County, Texas**
**There are two producing wells in the unit: Griffin 46 1H Well. The Griffin Horizontal Well 46-1H – API No. 42-033**

$19,778.72      Unknown

**7710 W. Highway 80**
**Midland, TX 79706**
Creditor's mailing address

**Describe the lien**
**Statutory Lien**
Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**1/25/19 - 1/27/19**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

Official Form 206D      Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**      page 7 of 8

Debtor **Alamo Borden County 1, LLC**
Name

Case number (if known) **21-42440**

☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.1 4 | **Red Raider Resources, LLC** | Describe debtor's property that is subject to a lien | $506,624.53 | Unknown |

**Red Raider Resources, LLC**
Creditor's Name

**6105 Alta Vista Road
Midland, TX 79705**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
**4/27/19 - 5/19/19**
Last 4 digits of account number

Do multiple creditors have an interest in the same property?
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

Describe debtor's property that is subject to a lien
**Griffin 46 Unit
Location Description: Sections 46, 51, and 60, Block 25, H & T.C. RR. Co. Survey
Borden County, Texas
There are two producing wells in the unit:
Griffin 46 1H Well. The Griffin Horizontal Well 46-1H – API No. 42-033**

Describe the lien
**Alleged Statutory Lien**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
☐ No
■ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | **$10,864,164.62** |

**Part 2:** **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |

**Fill in this information to identify the case:**

Debtor name **Alamo Borden County 1, LLC**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number (if known) **21-42440**

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims
12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

■ No. Go to Part 2.

☐ Yes. Go to line 2.

### Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|
| **3.1** Nonpriority creditor's name and mailing address<br>**Alamo Borden County III, LLC**<br>**1101 Little School Road**<br>**Arlington, TX 76017**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **ABCIII paid for certain operating expenses for the Debtor**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$41,074.31** |
| **3.2** Nonpriority creditor's name and mailing address<br>**Allen Shane Collins**<br>**7198 Quay Road J**<br>**San Jon, NM 88434**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| **3.3** Nonpriority creditor's name and mailing address<br>**Alyson Lea Collins**<br>**250 Main Street, Unit 252**<br>**Ben Lomond, CA 95005**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| **3.4** Nonpriority creditor's name and mailing address<br>**Ann Coffield Perkins Charney**<br>**115 Le Moyne Parkway**<br>**Oak Park, IL 60302**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |

| Debtor | **Alamo Borden County 1, LLC** | Case number (if known) | **21-42440** |
|---|---|---|---|
| | Name | | |

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Ansley Mackenzie Chick**
**1417 Harpers Mill Road**
**Stephenville, TX 76401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$511,075.24** |
|---|---|---|---|

**Bear Oilfield Services, LLC**
**PO Box 338**
**Odonnell, TX 79351**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Construction, labor and materials__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Borden County Phase I, LP**
**813 Max Drive**
**McKinney, TX 75069**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Lawsuit__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Brandeberry Investments Ltd**
**1420 Old Agnes Road**
**Weatherford, TX 76088**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Carolyn Perkins Shimer Merrit**
**5134 Stonewater Loop**
**College Station, TX 77845**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Cathleen C. Griffin Trusts**
**Kelly Perkins, Trustee**
**Vernon, TX 76385**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Cindy Beth Jones Rutherford Trust**
**Attn: Joseph H. Jones, Trustee**
**PO Box 1644**
**Vernon, TX 76384**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Alamo Borden County 1, LLC** | Case number (if known) | **21-42440** |
|---|---|---|---|
| | Name | | |

---

**3.12** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**
---|---|---|---

**Cindy J. Rutherford Life Estate**
**3535 Westcliff Rd. South**
**Fort Worth, TX 76109**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.13** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Cindy Jones Rutherford**
**3535 Westcliff Rd. South**
**Fort Worth, TX 76109**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.14** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**David M. Perkins**
**1125 Wildwood Road**
**Boulder, CO 80305**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.15** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Derek Taft Tamporello Trust**
**Rebecca K. Shimer Tamporello, Trustee**
**161 Williamsburg Lane**
**Springtown, TX 76082**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.16** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Estate of Jason Collins**
**602 Cooper Ave.**
**Colorado Springs, CO 80905**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.17** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,210.00**

**Foord Consulting, LLC**
**12803 Dove Point Ln**
**Houston, TX 77041**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.18** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Gay Ann Griffin**
**3701 Ravenwood Dr.**
**Bartlesville, OK 74006**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com     

| Debtor | **Alamo Borden County 1, LLC** | Case number (if known) | **21-42440** |
|---|---|---|---|
| | Name | | |

| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$56,146.05** |
|---|---|---|---|
| | **Gravity Oilfield Services, LLC**<br>**3300 North A. Street**<br>**Building Four, Suite 100**<br>**Midland, TX 79705** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Harmonia Petroleum Operations, LLC**<br>**4610 Riverstone Blvdd.**<br>**Missouri City, TX 77459** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ☐ No ■ Yes | |

| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,600.00** |
|---|---|---|---|
| | **Hodnetts Pumping Services LLC**<br>**409 Guffee Rd.**<br>**Coahoma, TX 79511** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$374,766.00** |
|---|---|---|---|
| | **Hydroline, LLC**<br>**4713 Hale Jones Road**<br>**Bossier City, LA 71111** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** **Water transfer** | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Internal Revenue Service**<br>**Special Procedures - Insolvency**<br>**P.O. Box 7346**<br>**Philadelphia, PA 19101-7346** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Jacobs H. Jones**<br>**120 Jack Rabbit Road**<br>**Rockport, TX 78382** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **James L. and Margaret M. Collins**<br>**7176 Quay Road**<br>**San Jon, NM 88434** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Alamo Borden County 1, LLC** | Case number (if known) | **21-42440** |
|---|---|---|---|
| | Name | | |

---

**3.26** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**James Lewis Collins**
**2201 S. 2nd Street**
**Tucumcari, NM 88401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.27** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**John Duncan Perkins**
**PO Box 161143**
**Austin, TX 78716**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.28** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Lisa Ann Johnson**
**PO Box 340020**
**Nashville, TN 37203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.29** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Martha Murray Perkins**
**4832 Twin Valley Drive**
**Austin, TX 78731**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.30** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Matthew Cole Collins**
**1629 Cheyenne Blvd.**
**Colorado Springs, CO 80906**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.31** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Michael Chad Collins**
**7409 Shady Oaks Drive**
**Aubrey, TX 76227**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.32** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$15,000.00**

**MidAmerican Energy Services, LLC**
**4124 NW Urbandale Drive**
**Urbandale, IA 50322**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Alamo Borden County 1, LLC** | Case number (if known) | **21-42440** |
|---|---|---|---|
| | Name | | |

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,407.00** |
|---|---|---|---|
| | **Noralta Technologies, Inc.** | ☐ Contingent | |
| | **9595 Six Pines Drive** | ☐ Unliquidated | |
| | **Suite 8210** | ☐ Disputed | |
| | **Spring, TX 77380** | | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **RFC Drilling, LLC** | ■ Contingent | |
| | **5251 DTC Parkway** | ■ Unliquidated | |
| | **Suite 300** | ■ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Richard Herbert Shimer** | ☐ Contingent | |
| | **PO Box 1998** | ☐ Unliquidated | |
| | **Alice, TX 78333** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$681,137.52** |
|---|---|---|---|
| | **Rusty Gold Hydro-Testers, Inc.** | ■ Contingent | |
| | **c/o M. Stephen Peters, Ch 7 Trustee** | ■ Unliquidated | |
| | **Markus Williams Young & Hunsicker LLC** | ■ Disputed | |
| | **1775 Sherman Street, Suite 1950** | | |
| | **Denver, CO 80203** | Basis for the claim: __Lawsuit__ | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Samuel Thomas Perkins** | ☐ Contingent | |
| | **2836 Chesapeake St., NW** | ☐ Unliquidated | |
| | **Washington, DC 20080** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Shawn Whipple Collins** | ☐ Contingent | |
| | **1538 Alexander Circle** | ☐ Unliquidated | |
| | **Pueblo, CO 81001** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Shimer Logan LLC** | ☐ Contingent | |
| | **11116 NW 116th Street** | ☐ Unliquidated | |
| | **Yukon, OK 73099** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Alamo Borden County 1, LLC** | | Case number (if known) | **21-42440** |
|---|---|---|---|---|
| | Name | | | |

| 3.40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Talley G. Brown**<br>**PO Box 1196**<br>**Stinnett, TX 79083** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.41 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$70,198.97** |
|---|---|---|---|
| | **Texas Fueling Services, Inc.**<br>**4220 Laura Koppe**<br>**Houston, TX 77016** | ■ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.42 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Thomas L. Griffin**<br>**5105 FM 1205**<br>**Coahoma, TX 79511** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$650,000.00** |
|---|---|---|---|
| | **Three Streams Energy, LLC**<br>**813 Max Drive**<br>**McKinney, TX 75069** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** **Purchase Money Note** | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.44 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **TL Griffin II Ranches Ltd.**<br>**5105 FM 1205**<br>**Coahoma, TX 79511** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.45 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Tom E. Johnson LP**<br>**PO Box 1688**<br>**Midland, TX 79702** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.46 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,928.75** |
|---|---|---|---|
| | **Wetsel, Carmichael, Allen & Lederle, LLP**<br>**PO Box 78**<br>**Sweetwater, TX 79556** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor | **Alamo Borden County 1, LLC** | Case number (if known) | **21-42440** |
|---|---|---|---|
| | Name | | |

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,733.00 |
|---|---|---|---|

**WolfePak Software**
**2901 S. First Street**
**Abilene, TX 79605**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

## Part 3: List Others to Be Notified About Unsecured Claims

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Charles Gameros, Jr.**<br>**Hoge & Gameros, LLP**<br>**6116 North Central Expressway**<br>**Suite 1400**<br>**Dallas, TX 75206** | Line **3.7**<br><br>☐ Not listed. Explain ____ | __ |
| 4.2 | **Gregg Lundburg**<br>**501 N. 8th Street**<br>**Midlothian, TX 76065** | Line **3.6**<br><br>☐ Not listed. Explain ____ | __ |
| 4.3 | **The Sheena Law Firm**<br>**Attn: Danny M. Sheena, Jason Scofield**<br>**2500 West Loop South, Suite 518**<br>**Houston, TX 77027** | Line **3.41**<br><br>☐ Not listed. Explain ____ | __ |

---

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + $ | 2,413,276.84 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. $ | 2,413,276.84 |

Fill in this information to identify the case:

Debtor name **Alamo Borden County 1, LLC**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF TEXAS

Case number (if known) **21-42440**

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases  **12/15**

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **The Joint Operating Agreement which is attached to the Participation Agreement as Exhibit 4 (the "JOA"). Parties to the JOA are Alamo Borden County 1, LLC (as successor to Three Streams Energy, LLC), Harmonia Petroleum Operations , LLC, and Crockett Operating, LLC (as successor to CWD Resources, LLC).** | |
| | State the term remaining | **The term of this agreement is for so long as oil and gas is produced from the wells** | |
| | List the contract number of any government contract | _____ | **Crockett Operating, LLC 1101 Little School Road Arlington, TX 76017** |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Gas Purchase Contract Dated December 2018, between Crockett Operating, LLC as successor to CWD Resources, LLC and WTG Gas Processing, LP** | |
| | State the term remaining | **December 21, 2028** | |
| | List the contract number of any government contract | _____ | **Crockett Operating, LLC 1101 Little School Road Arlington, TX 76017** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor 1 | **Alamo Borden County 1, LLC** | | Case number *(if known)* | **21-42440** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.3.** State what the contract or lease is for and the nature of the debtor's interest

The "Participation Agreement" dated December 10, 2018, by and between the Debtor, ASE Capital Investment Group, LLC ("ASE"), CWD Resources, LLC ("CWD") and Harmonia Petroleum Operations, LLC ("HPO").

The Participation Agreement Anticipates Harmonia will contribute a drilled but uncompleted well (the "Griffin 1H") and Three Streams Energy, LLC will complete the Griffin 1H and drill and complete another well (the "Griffin 2H"). In return, Harmonia will exchange assignments of working interests in the wells resulting in 90/10 ownership.

State the term remaining

List the contract number of any government contract

Harmonia Petroleum Operations, LLC
4610 Riverstone Blvdd.
Missouri City, TX 77459

**2.4.** State what the contract or lease is for and the nature of the debtor's interest

The Joint Operating Agreement which is attached to the Participation Agreement as Exhibit 4 (the "JOA"). Parties to the JOA are Alamo Borden County 1, LLC (as successor of Three Streams Energy, LLC), Harmonia Petroleum Operations , LLC, and Crockett Operating, LLC (as successor to CWD Resources, LLC).

State the term remaining — The term of this agreement is for so long as oil and gas is produced from the wells

List the contract number of any government contract

Harmonia Petroleum Operations, LLC
4610 Riverstone Blvdd.
Missouri City, TX 77459

Debtor 1 **Alamo Borden County 1, LLC**
　　　　　First Name　　　　Middle Name　　　　Last Name

Case number *(if known)* **21-42440**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Crude Oil Purchase Agreement between Sunoco Partners Marketing & Terminals, LP and Alamo Borden County 1, LLC, dated November 1, 2019** | |
|---|---|---|---|
| | State the term remaining | | **Sunoco Partners Marketing & Terminals 1004 N. Big Spring Suite 503 Midland, TX 79701** |
| | List the contract number of any government contract | | |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Gas Purchase Contract Dated December 2018, between Crockett Operating, LLC as successor to CWD Resources, LLC and WTG Gas Processing, LP** | |
|---|---|---|---|
| | State the term remaining | **December 21, 2028** | **WTG Gas Processing, LP 211 North Colorado Midland, TX 79701** |
| | List the contract number of any government contract | | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name   **Alamo Borden County 1, LLC**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF TEXAS

Case number (if known)   **21-42440**

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Harmonia Petroleum Operations, LLC** | **4610 Riverstone Blvdd. Missouri City, TX 77459** | **Crockett Operating, LLC** | ■ D __2.9__<br>☐ E/F ____<br>☐ G ____ |
| 2.2 | **Seven Energy Investments, LLC** | **3811 Turtle Creek Blvd. Suite 1850 Dallas, TX 75219** | **CST Permian, Inc.** | ■ D __2.10__<br>☐ E/F ____<br>☐ G ____ |
| 2.3 | **Seven Energy Investments, LLC** | **3811 Turtle Creek Blvd. Suite 1850 Dallas, TX 75219** | **Heartland Mineral Properties, LLC** | ■ D __2.11__<br>☐ E/F ____<br>☐ G ____ |
| 2.4 | **Seven Energy Investments, LLC** | **3811 Turtle Creek Blvd. Suite 1850 Dallas, TX 75219** | **Kuhr Trucking, LLC** | ■ D __2.12__<br>☐ E/F ____<br>☐ G ____ |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Debtor __Alamo Borden County 1, LLC__      Case number *(if known)* __21-42440__

| | **Additional Page to List More Codebtors** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.5 | **Seven Energy Investments, LLC** | 3811 Turtle Creek Blvd. Suite 1850 Dallas, TX 75219 | **Peak Completion Technologies, Inc.** | ■ D __2.13__ ☐ E/F _____ ☐ G _____ |
| 2.6 | **Seven Energy Investments, LLC** | 3811 Turtle Creek Blvd. Suite 1850 Dallas, TX 75219 | **Hydroline, LLC** | ☐ D _____ ■ E/F __3.22__ ☐ G _____ |
| 2.7 | **Three Streams Energy, LLC** | 813 Max Drive McKinney, TX 75069 | **Alamo Pressure Pumping, LLC** | ■ D __2.4__ ☐ E/F _____ ☐ G _____ |
| 2.8 | **Three Streams Energy, LLC** | 813 Max Drive McKinney, TX 75069 | **Byrd Oilfield Service** | ■ D __2.7__ ☐ E/F _____ ☐ G _____ |
| 2.9 | **Three Streams Energy, LLC** | 813 Max Drive McKinney, TX 75069 | **CST Permian, Inc.** | ■ D __2.10__ ☐ E/F _____ ☐ G _____ |
| 2.10 | **Three Streams Energy, LLC** | 813 Max Drive McKinney, TX 75069 | **Heartland Mineral Properties, LLC** | ■ D __2.11__ ☐ E/F _____ ☐ G _____ |
| 2.11 | **Three Streams Energy, LLC** | 813 Max Drive McKinney, TX 75069 | **Red Raider Resources, LLC** | ■ D __2.14__ ☐ E/F _____ ☐ G _____ |

**Schedules A/B - Exhibit A**
**50. Other Machinery, fixtures and equipment**

| Asset Name | Est GPS Lo County | State | Working Ir | Descriptio | Equipment type | Replacement Cost Value |
|---|---|---|---|---|---|---|
| Griffin 1H/2H Facility | Borden | TX | | | | $ 606,326.76 |
| Griffin 46 Lease Facility | 32.5444 / · Borden | TX | 0.9 | Water Tan | WTR Tank #1 | $ 10,741.50 |
| Griffin 46 Lease Facility | 32.5444 / · Borden | TX | 0.9 | Water Tan | WTR Tank #2 | $ 10,741.50 |
| Griffin 46 Lease Facility | 32.5444 / · Borden | TX | 0.9 | Water Tan | WTR Tank #3 | $ 10,741.50 |
| Griffin 46 Lease Facility | 32.5444 / · Borden | TX | 0.9 | Water Tan | WTR Tank #4 | $ 10,741.50 |
| Griffin 46 Lease Facility | 32.5444 / · Borden | TX | 0.9 | Oil Tank 5( | Oil Tank #1 | $ 15,949.50 |
| Griffin 46 Lease Facility | 32.5444 / · Borden | TX | 0.9 | Oil Tank 5( | Oil Tank #2 | $ 15,949.50 |
| Griffin 46 Lease Facility | 32.5444 / · Borden | TX | 0.9 | Oil Tank 5( | Oil Tank #3 | $ 15,949.50 |
| Griffin 46 Lease Facility | 32.5444 / · Borden | TX | 0.9 | Oil Tank 5( | Oil Tank #4 | $ 15,949.50 |
| Griffin 46 Lease Facility | 32.5444 / · Borden | TX | 0.9 | Walk Way | Walkway | $ 9,066.26 |
| Griffin 46 Lease Facility | 32.5444 / · Borden | TX | 0.9 | Delivery of | Tank Delivery | $ 19,600.00 |
| Griffin 46 Lease Facility | 32.5444 / · Borden | TX | 0.9 | Tank Rings | Tank Rings | $ 2,712.50 |
| Griffin 46 Lease Facility | 32.5444 / · Borden | TX | 0.9 | 6X15 3-PH | 3-PH #1 | $ 41,772.50 |
| Griffin 46 Lease Facility | 32.5444 / · Borden | TX | 0.9 | 6X15 3-PH | 3-PH #2 | $ 41,772.50 |
| Griffin 46 Lease Facility | 32.5444 / · Borden | TX | 0.9 | 36X10 2-PI | FWKO #1 | $ 16,817.50 |
| Griffin 46 Lease Facility | 32.5444 / · Borden | TX | 0.9 | 6X20 Vert | HT #1 | $ 25,497.50 |
| Griffin 46 Lease Facility | 32.5444 / · Borden | TX | 0.9 | Dual Flare | Flare | $ 37,324.00 |
| Griffin 46 Lease Facility | 32.5444 / · Borden | TX | 0.9 | Pipe Valve | Pipe Valves & Fittings | $ 80,000.00 |
| Griffin 46 Lease Facility | 32.5444 / · Borden | TX | 0.9 | Labor | T&M | $ 120,000.00 |
| Griffin 46 Lease Facility | 32.5444 / · Borden | TX | 0.9 | Demolitio | Demo | $ 40,000.00 |
| Griffin 46 Lease Facility | 32.5444 / · Borden | TX | 0.9 | Centrifugal | Pump | $ 5,000.00 |
| Griffin 46 Lease Facility | 32.5444 / · Borden | TX | 0.9 | Electrical 8 | I&E | $ 60,000.00 |
| | | | | | **TOTAL** | $ 606,326.76 |